\*\* E-filed June 20, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENATO FERNANDEZ, et al., | No. C11-02365 HRL |
| Plaintiffs, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| GMAC MORTGAGE, LLC, | |
| Defendants. | |

This civil case was randomly assigned to this Court for all purposes including trial. On May 18, 2011, Defendant filed a motion to dismiss. Docket No. 4. On June 7, 2011, pursuant to this District's Civil Local Rule 73-1, this Court instructed all parties who had not done so to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, no later than June 16, 2011. Docket No. 5. Since Plaintiffs (who are represented by counsel) have not done so, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines, including the June 28, 2011 hearing on Defendant's motion, are VACATED.

**IT IS SO ORDERED.**

Dated: June 20, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-02365 HRL Notice will be electronically mailed to:**

Kenneth Raymond Graham  kg@elaws.com
Kurt Christopher Wendlenner  kcw@severson.com, clk@severson.com
Mary Kate Sullivan  mks@severson.com, vhn@severson.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**