IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO AND LORNA FERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>GMAC MORTGAGE LLC,<br><br>    Defendant. | No. C 11-02365 CRB<br><br>**ORDER DISMISSING CASE** |

On August 26, 2011, Judge Fogel granted Defendant's Motion to Dismiss (dkt. 10), giving Plaintiff thirty days to amend. See Order (dkt. 18). On September 28, 2011, the case was reassigned to this Court. See Order Reassigning Case (dkt. 20). It is now October 21, 2011, and Plaintiff has not filed an amended complaint. Accordingly, this case is DISMISSED under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 24, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2365\order dismissing.wpd