**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RENATO AND LORNA FERNANDEZ,            No. C 11-02365 CRB

12          Plaintiff,                      **ORDER DISMISSING CASE**

13     v.

14   GMAC MORTGAGE LLC,

15          Defendant.
                                        /
16

17          On August 26, 2011, Judge Fogel granted Defendant's Motion to Dismiss (dkt. 10),

18   giving Plaintiff thirty days to amend. See Order (dkt. 18). On September 28, 2011, the case

19   was reassigned to this Court. See Order Reassigning Case (dkt. 20). It is now October 21,

20   2011, and Plaintiff has not filed an amended complaint. Accordingly, this case is

21   DISMISSED under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

22          **IT IS SO ORDERED.**

23

24   Dated: October 24, 2011            CHARLES  R. BREYER
                                        UNITED STATES DISTRICT JUDGE
25

26

27

28

G:\CRBALL\2011\2365\order dismissing.wpd