IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO AND LORNA FERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>GMAC MORTGAGE LLC,<br><br>    Defendant. | No. C 11-02365 CRB<br><br>**JUDGMENT** |

    Having dismissed Plaintiff's case for lack of prosecution, the Court hereby enters judgment for Defendant and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: October 24, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\2365\judgment.wpd