1

2

3

4

5

6

7

8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
RENATO AND LORNA FERNANDEZ,

No. C 11-02365 CRB

12
          Plaintiff,

**JUDGMENT**

13
   v.

14
GMAC MORTGAGE LLC,

15
          Defendant.

16
_____/

17
     Having dismissed Plaintiff's case for lack of prosecution, the Court hereby enters

18
judgment for Defendant and against Plaintiff.

19
     **IT IS SO ORDERED.**

20

21
Dated: October 24, 2011

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

United States District Court
For the Northern District of California